UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MOSAIC FERTILIZER, LLC, | * | CIVIL ACTION NO. |
| NATIONAL UNION FIRE INSURANCE | * | |
| COMPANY OF PITTSBURGH, | * | SECTION "   " MAG. DIV. (   ) |
| PENNSYLVANIA, IRONSHORE | * | |
| SPECIALTY INSURANCE COMPANY, | * | |
| LEXINGTON INSURANCE COMPANY | * | DISTRICT JUDGE |
| GENERAL SECURITY INDEMNITY | * | |
| COMPANY OF ARIZONA, ACE | * | |
| AMERICAN INSURANCE COMPANY, | * | |
| SWISS RE INTERNATIONAL SE, | * | |
| XL INSURANCE AMERICA, INC., | * | MAGISTRATE JUDGE: |
| CERTAIN UNDERWRITERS | * | |
| SUBSCRIBING TO POLICY | * | |
| NUMBERS WB 1100281 and | * | |
| WB 1100285, Cover Notes | * | |
| AJD101904B11 and AJ122243A11, and | * | |
| ZURICH AMERICAN INSURANCE | * | |
| COMPANY | * | |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| PRECISION ENGINEERING, INC. OF | * | |
| ALABAMA | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

**NOW COMES** Defendant, Precision Engineering, Inc. ("Precision") (incorrectly referred to as Precision Engineering Inc. of Alabama) and without waiving any defenses to the claims of Plaintiffs, Mosaic Fertilizer, LLC ("Mosaic") and its subrogated insurers: National Union Fire Insurance Company of Pittsburgh, Pennsylvania; Ironshore Specialty Insurance

{B0556172.1}

Company; Lexington Insurance Company; General Security Indemnity Company of Arizona; ACE American Insurance Company; Swiss Re International SE; XL Insurance America Inc.; Certain Underwriters Subscribing to Policy Numbers WB 1100281 and WB 1100285, and Cover Notes AJD101904B11 and AJJ122243A11; and Zurich American Insurance Company ("Mosaic Insurers"), hereby files this Notice of Removal to remove to the United States District Court for the Eastern District of Louisiana the Petition for Damages and Amended Petition (hereinafter "Petition") filed by Mosaic and Mosaic Insurers, bearing Civil Action No. 35,234, Section E, on the docket of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, based on the following grounds:

I.

On or about April 20, 2012, the above referenced Petition was filed in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana. The Petition and Citation was served on Precision's agent for service of process on April 26, 2012. The Amended Petition was filed on April 24, 2012 and was sent by mail to Precision on May 1, 2012.

II.

The Petition alleges that Precision failed to properly perform engineering work for Mosaic and that the alleged failure caused physical damage to Mosaic's ammonia plant in St. James Parish.

III.

The Petition further alleges that Mosaic's facility sustained significant property damage and that Mosaic also sustained damages consisting of business interruption, property damage and extra expense.

IV.

The Petition alleges that Mosaic suffered damages in excess of $63,968,072.

V.

Mosaic and Mosaic Insurers assert that Precision is liable based upon theories of negligence and breach of express/implied contract and warranty.

VI.

The allegations against Precision concern a controversy between citizens of different states:

a) Upon information and belief, Mosaic is a Delaware limited liability company with its primary place of business in Minnesota and The Mosaic Company, a Delaware corporation with its primary place of business in Minnesota, is the sole member of Mosaic. To the extent that Mosaic has any other members, none of the members of Mosaic are citizens of Alabama.

b) Upon information and belief, Plaintiff National Union Fire Insurance Company of Pittsburgh, Pennsylvania is a Pennsylvania corporation with its primary place of business in New York.

c) Upon information and belief, Plaintiff Ironshore Specialty Insurance Company is an Arizona corporation with its principal place of business in New York.

d) Upon information and belief, Plaintiff Lexington Insurance Company is a Delaware corporation with its principal place of business in Massachusetts.

e) Upon information and belief, Plaintiff General Security Indemnity Company of Arizona is an Arizona corporation with its principal place of business in New York.

f) Upon information and belief, Plaintiff ACE American Insurance Company is a

Pennsylvania corporation with its principal place of business in Pennsylvania.

g) Upon information and belief, Plaintiff Swiss Re International SE is a Luxembourg corporation with its principal place of business in Zurich.

h) Upon information and belief, Plaintiff XL Insurance America Inc. is a Delaware corporation with its principal place of business in Connecticut.

i) Upon information and belief, Plaintiff Certain Underwriters Subscribing to Policy Numbers WB 1100281 and WB 1100285, and Cover Notes AJD101904B11 and AJJ122243A11 are residents and citizens of the United Kingdom.

j) Upon information and belief, Plaintiff Zurich American Insurance Company is a New York corporation with its principal place of business in Illinois.

k) Defendant Precision is an Alabama corporation with its principal place of business in Alabama.

VII.

The amount in dispute is in excess of $75,000, exclusive of interest and costs as the Plaintiffs seek in excess of $63,000,000. While Precision disputes that any such amounts are due to Plaintiffs, for purposes of removal, the allegation speaks of amounts involved in the claim asserted herein that are clearly in excess of $75,000.

VIII.

This Court therefore has original jurisdiction by virtue of the Diversity of Citizenship provisions of 28 USC, § 1332.

IX.

Removal of this action to this Court under Diversity of Citizenship jurisdiction is proper

pursuant to 28 USC §1441 and 1446.

X.

This Notice of Removal has been filed within thirty (30) days of service of process on Precision and is therefore timely.

XI.

Pursuant to 28 USC, § 1446(a) and a copy of the Petition for Damages and all pleadings and orders served upon Precision and the entire State Court record are attached hereto as **Exhibit A.**

XII.

All and singular, the premises and representation of this Notice are true and correct and are within the jurisdiction of this Honorable Court.

XIII.

As required under 28 U.S.C. §1446(d), Defendant, Precision, has provided contemporaneous written notice of the filing of this Notice of Removal to Plaintiffs through their counsel of record. Additionally, a copy of this Notice of Removal was filed in the state court proceeding on the same day this Notice of Removal was filed in this Court, at approximately the same time. A copy of the Notice of Filing of Notice of Removal filed in state court on the date this Notice of Removal is filed will be placed in the record of this action in this Court following the issuance of this Court's standard Removal Order under 28 U.S.C. §1447.

**WHEREFORE**, Defendant, Precision Engineering, Inc. prays that this Notice of Removal be deemed sufficient and that this matter proceed in this Honorable Court as an action properly removed hereto from the 23rd Judicial District Court for the Parish of St. James, State of

Louisiana. Defendant further prays for all general and equitable relief to which Defendant may be entitled to receive.

RESPECTFULLY SUBMITTED:

    s/ Wm. Daniel Wellons
**WM. DANIEL WELLONS T.A. (Bar No. 18498)**
**JOHN A. STEWART, JR. (LA BAR No. 8164)**
**BRODIE G. GLENN  (LA Bar No. 33152)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
Energy Centre – 36th Floor
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163
Telephone:   (504)569-2900
Facsimile:   (504)569-2099
Email: dwellons@bhbmlaw.com
**COUNSEL FOR DEFENDANT,**
*Precision Engineering, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of May, 2012, I electronically filed the above and foregoing pleading with the Clerk of Court for the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF system. I further certify that I faxed and mailed the above and foregoing documents and notice of electronic filing by first-class mail to all counsel of record.

    /s/ WM. DANIEL WELLONS

{B0556172.1}    6